UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 18-cr-00163 |
| v. | : | |
| | : | |
| ANDREW MALISKA | : | |

**FILED**

**JUN 1 7 2019**

Clerk, U.S. District and
Bankruptcy Courts

## STATEMENT OF THE OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant ANDREW MALISKA ("MALISKA") and the United States agree and stipulate as follows:

### A. Background

In approximately 2012, the victim, a female undergraduate college student, met MALISKA at Georgetown University ("Georgetown"), where both were student athletes. MALISKA had an expected graduation date of 2013 and the victim was scheduled to graduate in 2014. The victim and MALISKA eventually developed a friendship. As time progressed, MALISKA developed strong romantic feelings for the victim and text messages from MALISKA to the victim clearly expressed his desire to pursue a romantic relationship with her. The victim, however, did not reciprocate these feelings and instead, maintained a flirtatious, yet platonic relationship with MALISKA. The two remained friends while in school and exchanged regular text messages for approximately three years, both while at Georgetown, to the summer of 2015, and after they had both graduated from college.

### B. Intrusions into the victim's Facebook account

On October 28, 2013, while still attending Georgetown, the victim received an email from Facebook informing her that she had been locked out of her Facebook account. She emailed Facebook at abuse@facebook.com and provided verification of her identity using her college identification card to unlock the account. The victim successfully unlocked her account and at this

point, was unaware of any other information that had been either stolen from her account or disseminated on the internet.

On January 25, 2015, the victim received a text message from one of her friends who had received a message from an unknown person or account. After receiving the message, the friend noted that the unknown individual's account had been deactivated. The message contained three images of the victim and a screenshot of the top of the victim's Facebook profile. The victim's name was also written on one of the three images. The victim's friend searched for the sender of the message but could not find the sender's profile, which was no longer active. The victim's friend subsequently reported the message to Facebook.

At this point, the victim became aware that her Facebook page had been illegitimately accessed and that her private photos had been posted to numerous sites on the internet. The victim searched for herself on the internet and found an overwhelming amount of information and photographs – approximately 40 to 50 images – of herself that had been posted online. These images had been uploaded to websites such as Primegf.com, Primeassteens.com, and Primejailbait.com. The victim then contacted the legal departments of the various websites on which she found images of herself. From January 25, 2015, to January 27, 2015, she emailed the legal departments of approximately ten different websites in an attempt to have the 40 to 50 photos of herself removed.

On March 14, 2015, less than two months later, the victim received another notification from Facebook informing her that the password on her account had been reset and that the recovery email, which she had set up using her own AOL email address, had been changed to pornstuff501@gmail.com. This account was not her account and not an account that she recognized. As a result, the victim deactivated her Facebook account. At some point thereafter,

the victim reactivated her Facebook account, again using her own private password and her personal email address as the recovery address.

On May 12, 2015, while still attending Georgetown University, the victim received another notification that her Facebook account had been accessed from an unknown device in Mount Laurel, New Jersey at 12:00 p.m. The victim then changed the security settings of her Facebook account to require that the user of the page input a security code to access the account. One hour later, at 1:06 p.m., the victim received another email informing her that her Facebook account had again been accessed by an Apple iPhone near Livingston, New Jersey at 1:06 p.m.

Three days later, on May 14, 2015, the victim's Facebook account had been accessed at 2:07 a.m. from Dhaka, Bangladesh and again at 8:08 a.m. from an iPhone 6 near Richardson, Texas. From October 2013 until September 2015, the victim made numerous attempts to resolve the ongoing online intrusions and harassment.

### C. Email to the victim's family and subsequent investigation

On September 29, 2015, four months after the last intrusion into the victim's Facebook account, the victim's mother, father, and uncle received an email that contained the victim's name in the title, along with offensive language. The email contained a link to an 8Chan online forum. Once her parents and uncle clicked on the link, they were directed to a page on which a collage of photos had been posted. The collage was comprised of photos of the victim with her friends at a graduation ceremony, together with a close-up photo of a vagina, and a photo of a woman resembling the victim engaged in fellatio. After being confronted by her parents, the victim explained the situation to them and the extent of the harassment that she had endured for almost two years. After reporting the incident to multiple local law-enforcement agencies in Ohio, where the parents lived, the victim's parents found a civil attorney specializing in online defamation and

retained his services in October of 2015.

Once retained, the attorney began by looking at the websites and postings of which the victim was aware. These postings alone amounted to hundreds and hundreds of pages. The attorney then sent numerous Digital Millennium Copyright Act ("DMCA") takedown notices, requesting removal of the images from a variety of websites. He also ran a reverse-image search and based on the search for the victim's image online, tracked down a plethora of previously unknown posts that contained both the victim's images, as well as offensive commentary.

### D. The CumOnPrintedPics.com ("COPP") postings.

During the course of the investigation it was discovered that on the website, COPP, MALISKA had set up an account under the handle, "rakasaw," posted multiple photographs of the victim, and requested users to doctor the images to create fake, nude photographs of the victim. Given the nature of the website, MALISKA's posting of the victim's photographs to this website was an implicit invitation to other users to ejaculate on the victim's stolen photographs. Further investigation revealed the following about the COPP account in question: The postings originated from two internet-protocol ("IP") addresses; the first traced back to an apartment in New York City; the resident and owner of the internet account was a graduate of Georgetown University, who confirmed that his friend, MALISKA, had stayed with him in his apartment at the time of the postings; the second account traced back to the home of MALISKA's mother in California. Additionally, according to COPP, the subscriber of the COPP account had used the email address pornstuff49@gmail.com to register his account. Subscriber information confirms that this email address was registered to MALISKA under the name of "Randall Cunningham," an alias that MALISKA had used in the past. The recovery email address for pornstuff49@gmail.com was am779@georgetown.edu, which is one of MALISKA's public email addresses. MALISKA also

admitted to the victim's attorney -- both through his attorney and in pleadings -- that both email addresses, pornstuff49@gmail.com and pornstuff501@gmail.com, belonged to him.

### E. The radawg1 Twitter postings.

The victim's attorney also conducted a reverse-email search for pornstuff49@gmail.com and determined that the address was linked to a Twitter account with Twitter handle "radawg1" on which a photo collage of the victim with the words, "BBC whore #jmn655" had been posted under the victim's name. The victim's Instagram and email handle were #jmn655. The IP addresses used to create the account was the same IP address used to create the pornstuff49@gmail.com email address.

The attorney was able to subsequently confirm that MALISKA had also posted photos of the victim to web forums such as 4Chan and 8Chan, which were consequently picked up by a 4Chan-archive website called fgtsi.com. On many of these posts, MALISKA used aliases similar to "Randall Cunningham" and "radawg1," such as "Randal," "Rawr1234," and "Rakasaw." In many of the forum posts, MALISKA left his email address, pornstuff49@gmail.com as his contact email address. The photographs were of the clothed victim and depicted her with friends and family.

### F. The false escort services post about the victim.

On May 15, 2015, MALISKA posted an advertisement on a website called eeow.com, a site that advertises escort services. MALISKA wrote the post as if the victim had set it up herself and tagged it under the advertisement page, "/view/Washington-district-of-columbia-adult-entertainment-female-escorts-jacqueline-michelle-7039237719-classy-and-discreet-in-washington-dc." The tagline read, "Classy and discreet in Washington, D.C.," and was listed under the category, "Adult Entertainment – Female Escorts." The advertisement included multiple

photos of the victim (which were among the photos from the victim's Facebook account) and the text of the advertisement discussed the victim's "perfect client." The text also included the victim's actual telephone number. As a result, the victim was texted and telephoned on her work phone by random and unknown individuals responding to the advertisement in search of an escort.

Subsequent evidence gathered by the victim's attorney demonstrated that MALISKA had been the individual who had: taken over the victim's Facebook account on numerous occasions; posted incestuous, racist, and cannibalistic comments about the victim and her family online; and emailed the victim's parents and uncle a link to an obscene collage of items that included the victim's name and photos. During the years of harassment and stalking that the subject subjected the victim to, MALISKA maintained a friendship with the victim, exchanging text messages on a regular basis throughout. Incidentally, even after the victim's attorney informed MALISKA's attorney that he had clear, documented evidence that MALISKA was stalking the victim on the internet, MALISKA texted the victim one final time. The victim never responded.

### G.   The subject's admissions and settlement of a civil suit.

The victim filed a civil suit against MALISKA on or about October 14, 2015. During discovery for the civil suit, MALISKA admitted that the two email addresses: pornstuff49@gmail.com and pornstuff501@gmail.com belonged to him. As part of the settlement for the civil suit that was signed by MALISKA on May 25, 2016, and by Judge Michael J. Russo in the Court of Common Pleas in Cuyahoga County, Ohio on June 2, 2016, MALISKA admitted to the following conduct:

> i.   That he, under an anonymous name or alias published defamatory statements about the victim on the internet and that he did so intentionally;
>
> ii.  That he accessed, without permission, the victim's personal and private Facebook accounts without her authorization, and that he obtained her

personal photographs;

iii. That he personally altered or had altered the victim's photographs so as to depict the victim in sexually explicit poses;

iv. That he posted the altered photos on various websites and did so intentionally;

v. That he posted other information about the victim on websites (including pornographic websites) and intentionally left the victim's contact information so as to enable strangers to contact her;

vi. That he was responsible for the posting of over 60 separate postings subjecting the victim, using her stolen photos, and maligning the victim; and,

vii. That he "published and/or sent defamatory statements and/or Sexually Explicit Content" regarding the victim to her parents (the emails).

Furthermore, MALISKA apologized for creating and posting the false statements about the victim and photo-shopping and posting sexually-explicit content about the victim on the internet. Finally, MALISKA agreed to pay the victim $100,000 in compensation and remove all of his postings as well as defamatory statements in which he:

i. Called the victim a "slut";

ii. Stated that she prostituted herself; and

iii. Stated that she was

1. unchaste,

2. has had an abortion,

3. was raped by her brother,

7

4. has a sexual preference for African-American men, and
5. was impregnated by a member of the Georgetown University basketball team.

In December 2016, six months after MALISKA signed the civil settlement, the civil attorney discovered additional posts on 4Chan about the victim. These posts included the image of the victim's head atop a sizzling chicken or turkey on a platter, as well as continued commentary about the victim and photos of the victim. Prompted by this new activity, the civil attorney reached out to law enforcement, who opened an investigation in March of 2016.

**H. Continued stalking activity in 2017**

As of March 23, 2018, in direct violation of the civil settlement, MALISKA continued posting defamatory and derogatory images of the victim. On August 31, 2017, MALISKA anonymously posted an altered photo of the victim, which was subsequently picked up by the archive site found at https://thebarchive.com/data/b/image/1485/58/1485589279044.png. The photographs contained photo captions which included:

a. "[I] was her friend for when she needed advice about boys, but she also knew how into her i was and loved to torture me";
b. "[H]ad kinky jimmy do a commission," was posted to another image. The image was entitled "cunningham001." This photo depicted a preliminary drawing in which the victim (using her face) engages in sexual acts with three men;
c. "[R]ight? she's like the most normal ever too, not trashy at all. Math major, super high marks - funny personable, athletic, smart," was the caption on an image (again entitled "cunningham001") of the completed drawing of the victim engaging in sexual acts with three men.

On November 18, 2017, using the email address pornstuff49@gmail.com, MALISKA corresponded with an individual who used the name, "Kinky Jimmy" (who had also produced work commissioned by MALISKA in 2015). In this correspondence, MALISKA requested work depicting the victim "pegging her father [...] doggystyle." Additionally, between approximately January 2, 2017, and November 5, 2017, while logged into the pornstuff49@gmail.com email account, MALISKA conducted Google searches for the victim's last name on at least 25 separate occasions, often conducting multiple searches at a time. MALISKA also visited the victim's LinkedIn profile on June 17, 2017, and again on October 13, 2017. Additionally, MALISKA searched the victim's name and "Georgetown" on August 23, 2017, and clicked the link of a service that purported to provide the victim's current telephone number and email address.

### G. Fraudulent Facebook account.

On November 3, 2016 (after MALISKA had reached the civil settlement with the victim in or about May and June 2016), Facebook sent MALISKA an email at pornstuff49@gmail.com, with the subject, "Welcome Back to Facebook." Though the email was sent to MALISKA's email address, the email was addressed to the victim and included the following text: "Hey [victim's name], The Facebook account associated with pornstuff49@gmail.com was recently reactivated. If you were not the one who reactivated this account, please visit our Help Center."

Subsequent investigation confirmed that MALISKA used photographs of the victim for the Profile Photo and Cover Photo associated with the Facebook Account. MALISKA also used the victim's personal identification information, which included her geographic location, place of birth, high school, and employer to complete the "Intro" and "About" sections of the Facebook Account, which was captured in a screenshot by law enforcement on February 28, 2018.

Between November 3, 2016, and December 7, 2017, MALISKA received multiple email

notifications from Facebook regarding the Facebook Account and used this Facebook account to exchange messages and to make and accept "Friend Requests" using the victim's personal information. Thus, those "friending" the Facebook Account were led to believe that they had friended the victim. As of February 28, 2018, the Account had 410 friend connections. The victim did not initiate or authorize the Account.

                            Respectfully submitted,

                            JESSIE K. LIU
                            UNITED STATES ATTORNEY
                            D.C. Bar Number 472845

By:        /s/
                            YOULI LEE
                            CHARLES J. WILLOUGHBY, JR.
                            Assistant United States Attorneys
                            N.Y. Bar Number (Lee)
                            United States Attorney's Office
                            555 4th Street, N.W.
                            Washington, D.C.  20530
                            Telephone: 202-252-7705 (Lee)

STATEMENT OF THE OFFENSE                           Page 11

## 18-373, US v. Andrew T. Maliska

_6/17/19_
Date:

_____
Signature of Defendant

_6/17/19_
Date:

_____
Signature of Defense Counsel